CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/24/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

HERMAN TRACY EVANS,

                *Plaintiff*,

v.

THE CITY OF LYNCHBURG, ET AL.,

                *Defendants*.

CASE NO. 6:24-CV-00019

ORDER

JUDGE NORMAN K. MOON

    For the reasons stated in the contemporaneously filed memorandum opinion, the City of Lynchburg's ("City") motion for summary judgment (Dkt. 46) is **GRANTED.**

    Officer Reed's motion for summary judgment (Dkt. 48) is **DENIED**.

    Because the claims against the City are not proceeding to trial, the Court's prior bifurcation order (Dkt. 43) is hereby **VACATED**.

    The Clerk is directed to enter judgment in favor of the City, which is hereby dismissed as a party to this action.

    It is so ordered.

Entered this  24th  day of February, 2026.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE